HOPE *et al. v.* HEDGEROSE HEIGHTS COMPANY.

ATKINSON, J. In this case certain questions were certified to the Supreme Court by the Court of Appeals. The questions are in all respects similar to those in the case of *Lynch* v. *Southern Express Co.*, ante, 68 (90 S. E. 527). The answers there made are applicable to this case.

*All the Justices concur.*

OCTOBER 20, 1916.

Certified questions; from Court of Appeals (Case No. 6573).

*P. L. Lindsay,* for plaintiffs in error. *T. A. Perry Jr.,* contra.

---

PRATT *v.* FOSTER *et al.*

EVANS, P. J. This case is controlled by the ruling made in *Lynch* v. *Southern Express Co.*, ante, 68. *All the Justices concur.*

OCTOBER 20, 1916.

Certified questions; from Court of Appeals (Case No. 7251).

*W. S. Coburn,* for plaintiff.